■ JEAN MORELLO, as Administratrix of the Estate of PHILIP MORELLO, Deceased, Appellant, v. BROOKFIELD CONSTRUCTION CO., INC., et al., Respondents, et al., Defendant.— The Trial Justice questioned witnesses to such an extent that counsel were embarrassed in the representation of their clients. However, his participation was manifestly animated by a desire to present a full and fair presentation of all issues to the jury. His charge to the jury was comprehensive, fair and clear. While such excessive participation in the trial processes by a presiding judge is to be discouraged, appellant in this instance was not prejudiced. Judgment unanimously affirmed, with costs. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ CHARLES M. MILLER et al., Copartners Doing Business as DAUNTLESS TOWING LINE, Respondents, v. JAKOBSON SHIPYARD, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ In the Matter of DOROTHY BAILEY et al., Petitioners, against LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— Determination unanimously annulled, with $50 costs and disbursements to the petitioners, and the matter remitted to the comptroller for the purpose of determining the prevailing rate of wages for seamstresses employed by the City of New York. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ In the Matter of SADIE GERBER, Petitioner, against MEMBERS OF THE NEW YORK CITY HOUSING AUTHORITY, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents, and the petition dismissed. No opinion. Concur — Botein, J. P., Rabin, Cox, Valente and Bergan, JJ.

■ In the Matter of TRYON GARDENS, INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Cox, Valente and Bergan, JJ.

■ HATTIE HUMBER, as Administratrix of the Estate of JAKE HUMBER, SR., Deceased, Appellant, v. CHARLES HUMBER et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs to the respondent Grace Hobson Humber. No opinion. Concur — Botein, J. P., Rabin, Cox, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTOPHER ROMANO, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Cox, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL DANILOW and HERMAN DANILOW, Appellants.— Judgment entered November 14, 1955, against Paul Danilow and judgment entered November 14, 1955, against Herman Danilow, unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Cox, Valente and Bergan, JJ.